UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOORA MUHUMED, *et al.*,<br><br>  Plaintiffs,<br>  v.<br><br>MARCO RUBIO, *et al.*,<br><br>  Defendants. | Case No. 2:25-cv-01245-JHC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>August 28, 2025 |

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings through November 14, 2025. Plaintiffs bring this case pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel Defendants to readjudicate Plaintiff Abdullahi Abdi Ismail's visa application. Defendants' response to the Complaint is due on September 15, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

The parties are diligently working towards a resolution of this case. On July 18, 2022, the U.S. Embassy in Nairobi, Kenya, refused Plaintiff's visa application pursuant to 8 U.S.C. § 1201(g). The Embassy has recently reached out to the applicant to request additional information. Plaintiffs are in the process of obtaining that information. Once the Embassy receives the requested information, the consular officer may readjudicate Plaintiff's visa application, and this may moot the litigation. This stay is requested as additional time is necessary for Plaintiffs to submit the requested information and for the consular officer to subsequently review the submission.

For good cause, the parties agree and jointly request that this case be held in abeyance until November 14, 2025, and order the parties to file a joint status report on or before November 14, 2025.

DATED this 28th day of August, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | LAW OFFICES OF BART KLEIN |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Ave., Ste. 700<br>Tacoma, WA 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Bart Klein*<br>BART KLEIN WSBA #10909<br>Law Offices of Bart Klein<br>605 First Avenue South, Suite 500<br>Seattle, WA 98104<br>Tel.: (206) 624-3787<br>Fax: (206) 624-6371<br>Bart.Klein@bartklein.com<br><br>*Attorney for Plaintiffs* |
| *Attorneys for Defendants* | |

*I certify that this memorandum contains 283 words, in compliance with the Local Civil Rules.*

## ORDER

The parties having so stipulated, the above is SO ORDERED. The parties shall file a joint status report on or before November 14, 2025.

DATED this 29th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　JOHN H. CHUN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

STIPULATED MOTION AND ORDER
[Case No. 2:25-cv-01245-JHC] - 3